

Gottlieb & Gordon LLP
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.gottliebgordon.com
New York · London · Rome

Robert C. Gottlieb, Partner
Celia A. Gordon, Partner

Justin F. Heinrich, Counsel
Derrelle M. Janey, Counsel
Mendy M. Piekarski, Associate
Ravi Kantha, Associate

December 15, 2014

**VIA ECF AND HAND DELIVERY**
The Honorable Judge William H. Pauley III
Daniel Patrick Moynihan—United
 States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

RE:   *Peixoto v. Securities and Exchange Commission,*
      **No. 14-cv-8364 (WHP)**

Dear Judge Pauley:

    This law firm represents Jordan Peixoto, the plaintiff in the above-referenced matter (hereinafter, "Plaintiff").

    We respectfully write to request that Your Honor stay this action in light of Defendant Securities and Exchange Commission ("SEC") Division of Enforcement's ("Division") Motion to Dismiss the related SEC administrative proceeding against Plaintiff Peixoto (the "Motion"). A copy of the Motion is attached hereto for your convenience. The Division filed its Motion earlier today with the SEC Commission in which it requested that the Commission dismiss the charges against Mr. Peixoto in the SEC administrative proceeding. Given the claims asserted by Mr. Peixoto in the instant action, a decision by the Commission to dismiss the related administrative proceeding would render the instant action moot. Accordingly, Plaintiff Peixoto requests a stay of this action—including the scheduled December 17, 2014 initial pretrial conference—pending the Commission's ruling on the Motion.

    The parties have conferred and the SEC by its counsel in this proceeding before Your Honor concurs with this request.

    Thank you.

Respectfully,

Gottlieb & Gordon LLP

By: _____
Derrelle M. Janey, Esq.
Robert C. Gottlieb, Esq.
Mendy Piekarski, Esq.

cc: Jeannette Vargas (via email)
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd floor
New York, New York 10007
Jeannette.Vargas@usdoj.gov

Jean Lin (via email)
Justin Sandberg
Lisa Zeidner Marcus
Adam Grogg
U.S. Dept. of Justice, Civil Division
Federal Programs Branch
20 Mass. Ave., NW, Rm. 7302
Washington, DC 20001
Jean.Lin@usdoj.gov
Justin.Sandberg@usdoj.gov
Lisa.Marcus@usdoj.gov
Adam.Grogg@usdoj.gov

Gottlieb & Gordon LLP · Trinity Building · 111 Broadway, Suite 701 · New York, NY 10006 · Tel: (212) 566-7766 · Fax: (212) 374-1506 · www.gottliebgordon.com