UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
**JORDAN PEIXOTO**,                              :   14-cv-08364-WHP
:
                        Plaintiff,   :
:
    -against-                                  :
:
:
**SECURITIES AND EXCHANGE**                      :
**COMMISSION**,                                  :
:
                        Defendant.  :
:
------------------------------------------------------------- x

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R. CIV. P.41(A)(1)(A)(I)

**PLEASE TAKE NOTICE** that Plaintiff Jordan Peixoto, by his attorneys, hereby gives notice of the voluntary dismissal of this action, without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), in light of the dismissal of the related Securities and Exchange Commission ("Commission") administrative proceeding against Plaintiff Peixoto. Attached hereto as Exhibit A is a copy of the Commission's Order Dismissing Proceeding, Administrative Proceeding File No. 3-16184. In accordance with Fed. R. Civ. P. Rule 41(a)(1)(A)(i), this voluntary dismissal has been filed before the Defendant has filed an answer or a motion for summary judgment.

Dated: New York, New York
        January 30, 2015

Respectfully submitted,

GOTTLIEB & GORDON LLP

By: /s/ Derrelle M. Janey
Derrelle M. Janey (DJ 6897)
111 Broadway, Suite 701
New York, New York 10006
(212) 566-7766 (phone)
(212) 374-1506 (fax)
djaney@gottliebgordon.com
*Attorneys for Plaintiff*
*Jordan Peixoto*

2

## CERTIFICATE OF SERVICE

       This is to certify that on January 30, 2015, I caused to be electronically filed Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i). Accordingly, I also certify that the foregoing is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Derrelle M. Janey*
Derrelle M. Janey, Esq.